# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEXUS PHARMACEUTICALS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LONG GROVE PHARMACEUTICALS, LLC, <br><br> Defendant. | Civil Action No. <br><br> JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Nexus Pharmaceuticals, LLC ("Plaintiff" or "Nexus") brings this action against Defendant Long Grove Pharmaceuticals, LLC ("Defendant" or "Long Grove") and alleges the following:

### I. NATURE OF THE ACTION

1. Nexus brings this action to seek relief and to stop Long Grove from unlawfully engaging in false advertising by promoting its fluorescein pharmaceutical product (marketed as "AK-FLUOR") to customers by asserting there is a "drug shortage" when there is no drug shortage.

2. This is not a case involving the review of any FDA decision, because the FDA has conclusively announced that there is no longer a drug shortage for fluorescein. Long Grove, however, falsely asserts to customers that a shortage still exists, including through its website and a communication written directly to healthcare providers throughout the country.

3. Long Grove does not dispute there is no shortage condition at this time, and there have been no shortage since at least December 5, 2023. Long Grove uses the material misrepresentation claiming a shortage to promote and sell its fluorescein product to customers that would otherwise purchase fluorescein products from Nexus.

4. Fluorescein is a medication used as part of a diagnostic test called an angiography or angioscopy of the retina and iris vasculature, to enable X-ray-like images of veins after administering fluorescein. Fluorescein is a liquid formulation stored in vial and administered by intravenous injection.

5. Long Grove did not develop AK-FLUOR. Instead, the product was developed by Akorn, Inc, which explains the "AK" prefix. Akorn received FDA approval for New Drug Application ("NDA") No. 22-186 for AK-FLUOR (fluorescein sodium injection) in August 2008. On information and belief, Akorn discontinued making new batches of AK-FLUOR, did not continue testing existing batches of AK-FLUOR for stability and other conditions, and closed its manufacturing site.

6. Akorn went bankrupt sometime in February or March 2023. Shortly after Akorn filed for bankruptcy, Long Grove states on its website that in June 2023, Long Grove purchased the AK-FLUOR registration and Akorn's remaining product supply of AK-FLUOR from Akorn, or the related entity Akorn Operating Company, LLC. At that time, the supply of fluorescein product in the United States had become low. The FDA considered this a "drug shortage."

7. On information and belief, the FDA gave Long Grove the temporary ability to sell Akorn's AK-FLUOR product to address the drug shortage. On its website, Long Grove touted that "Fluorescein Injection, USP is currently impacted by a supply shortage resulting from Akorn Pharmaceuticals' exit from the U.S. market. To ensure the consistent availability of Fluorescein Injection, USP prior to its relaunch as a Long Grove Pharmaceuticals product, Long Grove Pharmaceuticals has reached a distribution agreement with the FDA Office of Drug Shortages through the Regulatory Discretion process." Long Grove still maintains this statement on its website today.

8. Long Grove issued a "Dear Healthcare Professional" letter on October 11, 2023, and posted that letter on its website ("the Letter"). The subject of the Letter is "Temporary Distribution of AK-FLUOR (fluorescein injection, USP) 10% and 25% with Akorn Label to Address Drug Shortage." According to the Letter, Long Grove reports a "current shortage" of AK-FLUOR, that Long Grove "is coordinating with" the FDA to "increase the availability of this drug," and that Long Grove "will distribute" the old AK-FLUOR "to address this critical drug shortage." Long Grove still maintains this letter on its website today.

9. On information and belief, because of the declaration of a "drug shortage," the FDA allowed Long Grove to sell Akorn's old stock of AK-FLUOR product during the time of the drug shortage. Long Grove markets that it is selling Akorn's stock of AK-FLUOR because of the shortage.

10. Ordinarily, but for the shortage, Long Grove would have had to make new batches and obtain approvals for its own product before selling any fluorescein pharmaceuticals. In fact, Long Grove, on information and belief, is seeking to manufacture new batches of a fluorescein product, after confirming its manufacturing facilities, product controls, testing methods, safety reporting channels, and other regulatory requirements. On information and belief, Long Grove does not have any approval for any of its own batches of fluorescein made after acquiring the old AK-FLUOR products from Akorn.

11. Meanwhile, Nexus had been working hard to address the drug shortage. Nexus was unaware of Long Grove's approach to Akorn, nor Long Grove's discussions with FDA. Nexus filed ANDA No. 215709 for its Nexus Fluorescein Product, and received final approval in September 2023. After Nexus received FDA approval for its Nexus Fluorescein Product, it began

selling its product throughout the United States, including into Massachusetts. Nexus still sells product throughout the United States, including in Massachusetts.

12.     Because the supply of fluorescein had been restored, the FDA officially declared that the drug shortage for fluorescein was "resolved." The FDA maintains a shortages database, titled "Current and Resolved Drug Shortages and Discontinuations Reported to FDA" and publishes that information on its government website. The FDA shortage publication on the website reported that any shortage conclusion expired by no later than December 5, 2023, and the FDA reported that it updated that website the same day. Therefore, the FDA has already concluded that there was no longer a drug shortage of fluorescein in the United States. There is not now a drug shortage of fluorescein in the United States.

13.     Despite the expiration of the drug shortage for fluorescein, Long Grove continued, and continues, to market and sell AK-FLUOR product that was manufactured by Akorn along with the false claim that there is still a shortage. Long Grove is misleading customers into believing there is a drug shortage, when no such shortage exists. Based on these misrepresentations, Long Grove is inducing sales of its product and diverting sales that Nexus had made and would have made.

14.     Because Long Grove bought AK-FLUOR product from a bankrupt company, with a drug that was stored in conditions unknown to Nexus or the public, Long Grove is undercutting the price of fluorescein product.

15.     Nexus brings this action pursuant to Section 43(a) of the Lanham Act to stop Long Grove from misleading health care providers about a supposed shortage for fluorescein.

4

16. Nexus seeks relief in the form of a declaration that Long Grove is unlawfully misleading health care providers about the lawfulness of its practices when selling AK-FLUOR, and is therefore violating the Lanham Act.

17. Nexus seeks a preliminary and permanent injunction prohibiting Long Grove from further misleading health care providers about the drug shortage for fluorescein, when there is no drug shortage.

18. Nexus seeks actual damages it has incurred because of Long Grove's marketing and sale of AK-FLUOR manufactured by Akorn, for the period of time since Nexus obtained FDA approval, plus attorney's fees and costs.

## II.    PARTIES

19. Nexus is a corporation organized and existing under the laws of the State of Illinois. Its principal place of business is located at 400 Knightsbridge Parkway, Lincolnshire, Illinois 60069.

20. Nexus has invested significant time and resources to develop, manufacture and test the Nexus Fluorescein Product to market its Nexus Fluorescein Product for use in diagnostic fluorescein angiography or angioscopy of the retina and iris vasculature.

21. Nexus markets and sells its Nexus Fluorescein Product to medical facilities and customers throughout the United States, including to facilities and customers in Massachusetts.

22. On information and belief, Defendant Long Grove Pharmaceuticals, LLC is a corporation organized and existing under the laws of the State of Delaware. Its principal place of business is located at 9450 W Bryn Mawr Ave, Rosemont, Illinois 60018.

23. On information and belief, Long Grove sells its products throughout the Commonwealth of Massachusetts including its fluorescein product.

## III.  JURISDICTION AND VENUE

24. This Court's subject matter jurisdiction is based upon federal question jurisdiction pursuant to 28 U.S.C. § 1331 because Nexus alleges a violation of the Lanham Act, 15 U.S.C. § 1125(a)(1), and diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) because the parties are citizens of different states and the amount in controversy exceeds $75,000.

25. The Court has personal jurisdiction over Long Grove because it transacts business within the Commonwealth of Massachusetts. On information and belief, Long Grove markets, sells, and distributes its products, including AK-FLUOR manufactured by Akorn, throughout Massachusetts. Long Grove maintains specific regional "Major Account Executives" including for the region that contains Massachusetts.  On information and belief, Long Grove directs and is directing fluorescein marketing efforts directly in this State.

26. This Court also has personal jurisdiction over Long Grove for the same reasons.  In addition, Long Grove has caused Nexus particular and specific harm within the jurisdiction of this District. Specifically, Nexus has lost sales, and continues to lose sales, to hospitals and other customers in this District.

27. As but one example, Nexus had been selling its fluorescein product to St. Vincent's Hospital in Worcester, Massachusetts. Although St. Vincent's Hospital had purchased the Nexus Fluorescein Product in the past, it informed Nexus that it was switching to Long Grove's AK-FLUOR product. Long Grove's misrepresentations and pricing to exploit a supposed shortage that no longer exists induced St. Vincent's Hospital, and other customers within this District.

28. Venue is proper under 28 U.S.C. § 1391(b)(2) because Long Grove markets, sells, and distributes pharmaceutical drugs in this District, and a substantial part of the events or omissions giving rise to the claim occurred in this District.

## IV. FACTUAL BACKGROUND

29. The drug fluorescein sodium was originally approved for use in the United States in 1976. Akorn sought approval from the FDA for new drug product containing fluorescein sodium for intravenous injection at concentrations of 10% and 25% by filing NDA No. 22-186. On or about August 8, 2008, the FDA approved Akorn's NDA No. 22-186. The FDA approved the use of Akorn's fluorescein sodium product for the use in "diagnostic fluorescein angiography or angioscopy of the retina and iris vasculature." Akorn marketed its product under the trade name AK-FLUOR.

30. On information and belief, Akorn faced financial difficulty, and Akorn eventually ceased the manufacture of AK-FLUOR and closed its manufacturing facility that produced AK-FLUOR.

31. Akorn entered bankruptcy and ceased operations in or around February 2023.

32. On information and belief, in June 2023, Long Grove purchased NDA No. 22-186 from Akorn and the stock of old leftover AK-FLUOR that Akorn had manufactured at its facilities.

33. The FDA identified a "drug shortage" of fluorescein throughout the United States, effective April 1, 2023, and lasting until December 5, 2023.

34. Long Grove reports it has a "distribution agreement" with FDA to sell the old AK-FLUOR to address the shortage. Despite repeated requests, Long Grove has not provided any agreement with FDA to Nexus or Nexus's counsel, with or without an "outside-counsel eyes only" confidentiality.

35. Long Grove reported, and continues to report, a drug shortage for fluorescein even though there was no drug shortage since at least December 5, 2023.

36. Long Grove presents AK-FLUOR as the lead product on the company's website landing page, https://longgrovepharma.com/ (Ex. B), and maintains a web page about AK-

FLUOR, https://longgrovepharma.com/ak-fluor (Ex. C).  On information and belief, Long Grove contacted customers, marketed, sold, and distributed the AK-FLUOR that had been manufactured by Akorn.

37. Before the identified drug shortage of fluorescein sodium, Nexus filed Abbreviated New Drug Application ("ANDA") No. 215709 seeking FDA approval to market and sell a fluorescein sodium product. The Nexus ANDA referenced Akorn's NDA No. 22-186, and Nexus complied with all FDA policies and regulations.

38. On September 25, 2023, the FDA approved Nexus's ANDA and Nexus was allowed to manufacture, market, and sell the Nexus Fluorescein Product in the United States. Nexus began to market its product and made sells throughout the United States, including to Massachusetts. One such set of sales was to St. Vincent's Hospital in Worcester, Massachusetts.

39. Nexus's ANDA product approval was not contingent on the fluorescein drug shortage.  Nexus has full and final approval to sell fluorescein product and can satisfy the domestic market.  Nexus did not undergo bankruptcy, did not close the site manufacturing fluorescein drug product since approval, and has consistently maintained and tested all commercial batches for stability and other variables.

40. On October 11, 2023, Long Grove issued a statement in the Letter that "due to the current shortage of AK-FLUOR (fluorescein injection, USP) 10% and 25% in the United States (U.S.) market," Long Grove had been allowed on a "temporary" basis to sell old AK-FLUOR manufactured by Akorn. (Ex. A, available at: https://www.fda.gov/media/173588/download). Long Grove began to market this AK-FLUOR product that had been manufactured by Akorn, including to Nexus's customers.

41. Long Grove maintains the Letter still on its website, through the date of this Complaint, even though there is no "current shortage," and there has not been any since at least December 5, 2023. Ex. C, https://longgrovepharma.com/ak-fluor

42. Long Grove's website states that "Fluorescein Injection, USP is currently impacted by a supply shortage resulting from Akorn Pharmaceuticals' exit from the U.S. market. To ensure the consistent availability of Fluorescein Injection, USP prior to its relaunch as a Long Grove Pharmaceuticals product, Long Grove Pharmaceuticals has reached a distribution agreement with the FDA Office of Drug Shortages through the Regulatory Discretion process." Ex. C, https://longgrovepharma.com/ak-fluor

43. Long Grove maintains the Letter still on its website, through the date of this Complaint, even though there is no "supply shortage," and there has not been any since at least December 5, 2023. Ex. C, https://longgrovepharma.com/ak-fluor

44. On information and belief, Long Grove offers cut-rate pricing because the old AK-FLOUR fluorescein batches are due to expire sooner than a product that had been freshly manufactured. On information and belief, Long Grove is continuing to assert the presence of a shortage and to sell the old AK-FLUOR product at below-market price because it needs to offload the stock before the expiration dates on the old AK-FLUOR product. The Long Grove Letter includes expiration dates that vary from under 12 months to under 15 months.

45. But for the false and misleading statements about a supply shortage, customers would not have been induced to purchase old Akorn fluorescein product from Long Grove. But for the false and misleading statements about a supply shortage, customers would not have been induced to purchase product that has a shortened expiration date. But for the false and misleading

9

statements about a supply shortage, Long Grove would not have been able to market and sell an old Akorn fluorescein product.

46. Nexus's introduction of its Nexus Fluorescein Product alleviated the shortage of fluorescein sodium in the United States. In fact, the FDA revised the FDA Drug Shortages database on December 5, 2023 to indicate that the drug shortage was "Resolved" by at least that same date. Ex. D (FDA shortage website listing). From at least December 5, 2023, and forward, there was and has been no shortage. There is no shortage as of the date of this Complaint.

47. Despite the fact that fluorescein was no longer in drug shortage, and is no longer in drug shortage, Long Grove continued to market and continues to market the old AK-FLUOR that had been manufactured by Akorn. Long Grove also continued to post and continues to post on its website the Letter stating that it was allowed to sell its stock of Akorn product "due to the shortage" of fluorescein, even though the shortage had been resolved. The Long Grove statements are on the website and the Letter are false and misleading because there is no drug shortage of this product, and has not been since at least December 5, 2023.

48. Long Grove's announcements and marketing create the false impression of a unique and limited opportunity because of a drug shortage, when in fact there is no drug shortage.

49. Long Grove's misrepresentations create the false impression that implies other companies like Nexus do not or will not have enough product to supply the market. Nexus does have enough product to supply the market. In short, Long Grove's misrepresentations create the illusion of an ongoing shortage, to induce customers buy product from Long Grove and not competitors, even though there is no shortage. Long Grove's misrepresentations thus divert Nexus's customers to Long Grove and prevent Nexus from converting customers with Nexus's FDA-approved product, the approval of which did not depend on any shortage.

50. As a result of these actions, Nexus suffered injury by losing sales to existing customers and opportunities to make sales to new customers.

51. On December 8, 2023, counsel for Nexus sent a letter to Long Grove notifying Long Grove that because the drug shortage had been resolved, that it should cease marketing and selling the AK-FLUOR product that was manufactured by Akorn.

52. Counsel for Long Grove responded to Nexus's counsel by letter dated December 12, 2023, reporting that it will not cease its marketing activities.

53. Counsel for Nexus and Long Grove engaged in additional communications via e-mail and telephone. Long Grove refused to provide any further information.

54. To this day, Long Grove continues to market and sell the old AK-FLUOR product that was manufactured by Akorn.

## COUNT I

### (VIOLATION OF SECTION 43(A) OF THE LANHAM ACT, 15 U.S.C. § 1125(A)(1))

55. Plaintiff Nexus repeats and realleges each allegation set forth herein.

56. Long Grove's practices, as described in this Complaint, constitute unfair competition and false advertising in violation of the Lanham Act, 15 U.S.C. 1125(a).

57. Long Grove has violated the Lanham Act by using "false or misleading descriptions of fact" and "false or misleading representations of fact" in its commercial advertising or promotion that "misrepresent[] the nature, characteristics, [or] qualities" of its business practices and products, as described above.

58. Long Grove's false and misleading statements actually deceive and have the tendency to deceive a substantial segment of the intended audience.

59. The deception created from Long Grove's false and misleading statements is material, in that it is likely to influence purchasing decisions of Nexus's current and prospective customers, as well as the purchasing decisions of other health care providers and consumers.

60. Long Grove has caused its false and misleading statements to enter interstate commerce.

61. As a direct and proximate result of Long Grove's conduct, Nexus has suffered and will continue to suffer injury in fact and actual damages resulting from Defendant's false and misleading advertising and promotion and unfair competitive practices, including the cost of corrective advertising needed to counter Defendant's false and misleading advertising.

62. Nexus seeks damages, disgorgement of Long Grove's profits, and injunctive relief requiring Long Grove to cease their false and misleading advertising and promotion and unfair competitive practices.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Nexus Pharmaceuticals, LLC respectfully requests that this Court enter judgment in its favor:

1. A preliminary and permanent injunction enjoining Long Grove from continuing the unlawful and unfair business practices alleged in this Complaint;

2. A judgment that Long Grove violated Section 43(a) of the Lanham Act;

3. Declaratory relief;

4. Damages and other compensatory relief;

5. Punitive damages to Nexus for Long Grove's acts of unfair competition;

6. Attorneys' fees and costs injured in this action;

7. Prejudgment interest; and

8. Any further relief the Court may deem just and proper.

## REQUEST FOR JURY TRIAL

Nexus demands a trial by jury on all claims and issues so triable.

Respectfully submitted,

*/s/ Christopher S. Schultz*

| | |
|---|---|
| Imron T. Aly (*pro hac vice* forthcoming) | Christopher S. Schultz (BBO# 630814) |
| ARENTFOX SCHIFF LLP | Lauren Schaefer (BBO# 696628) |
| 233 S Wacker Drive | ARENTFOX SCHIFF LLP |
| Suite 7100 | Prudential Tower |
| Chicago, IL 60606 | 800 Boylston Street |
| (312) 258-5500 | Boston, MA 02199-8004 |
| imron.aly@afslaw.com | Tele: (617) 973-6100 |
| | christopher.schultz@afslaw.com |
| | lauren.schaefer@afslaw.com |
| | *Counsel for Plaintiff Nexus Pharmaceuticals, LLC* |

Dated: February 23, 2024