UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Nexus Pharmaceuticals, LLC,**

V.                              CIVIL ACTION NO. 1:24-cv-10444-MJJ

**Long Grove Pharmaceuticals, LLC.,**

### SETTLEMENT ORDER OF DISMISSAL

**JOUN, D.J.**

   The Court have been advised that the above-entitled action has been settled.

   IT IS HEREBY ORDERED that this action is hereby dismissed, without costs and without prejudice to the right, upon good cause shown within **thirty (30) days**, to reopen the action if, settlement is not consummated.

June 9, 2025

/s/ Steve K. York
--------------------------
**Deputy Clerk**