# United States Court of Appeals
## For the First Circuit

No. 25-1122

NEXUS PHARMACEUTICALS, LLC,

Plaintiff - Appellant,

v.

LONG GROVE PHARMACEUTICALS, LLC,

Defendant - Appellee.

### MANDATE

Entered: June 9, 2025

In accordance with the judgment of June 9, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Imron Aly
Courtney A. Caruso
Christopher S. Schultz
Katherine Booth Wellington